# DISTRICT COURT CIVIL COVER SHEET

A-16-738555-C

County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

XXVII

## I. Party Information *(provide both home and mailing addresses if different)*

**Plaintiff(s) (name/address/phone):**
FELICITAS ZAMBRANO

**Defendant(s) (name/address/phone):**
CARDENAS MARKETS, INC. d/b/a CARDENAS; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

**Attorney (name/address/phone):**
De Castroverde Law Group
1149 South Maryland Parkway
Las Vegas, Nevada 89104
702.383.0606

**Attorney (name/address/phone):**

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | | Torts | |
|---|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** | |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability | |
| ☐ Other Landlord/Tenant | ☒ Premises Liability | ☐ Intentional Misconduct | |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort | |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort | |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort | |
| **Other Real Property** | ☐ Legal | | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | | |
| ☐ Other Real Property | ☐ Other Malpractice | | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

*Business Court filings should be filed using the Business Court civil coversheet.*

June 16, 2016
Date

[signature]
Signature of initiating party or representative

*See other side for family-related case filings.*

Electronically Filed
06/16/2016 09:47:36 AM

CLERK OF THE COURT

**COMP**
Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.383.0606
Fax: 702.383.8741
Email: alex@decastroverdelaw.com
Email: orlando@decastroverdelaw.com
Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

FELICITAS ZAMBRANO,

    Plaintiff,

v.

CARDENAS MARKETS, INC. d/b/a CARDENAS; DOES I-V and ROES CORPORATIONS VI-X, inclusive.

    Defendants.

CASE NO.: A-16-738555-C
DEPT NO.: XXVII

**COMPLAINT**

Plaintiff FELICITAS ZAMBRANO, by and through her attorneys, Orlando De Castroverde and Alex De Castroverde, complains against the Defendant as follows:

I.

All the events alleged in this Complaint took place in Clark County, Nevada.

II.

Plaintiff FELICITAS ZAMBRANO (herein referred to as "Plaintiff") is, and at all times mentioned in this Complaint was, a resident of Clark County, Nevada.

III.

Defendant CARDENAS MARKETS. (hereafter referred to as "Defendant") is, and at all times mentioned in this Complaint was, a foreign Corporation doing business in Clark County, Nevada.

///

1

///

## IV.

The true names and capacities of the Defendants DOE I through V and the Defendants ROE CORPORATIONS VI through X are unknown to Plaintiff at this time. Therefore, Plaintiff sues these Defendants by such fictitious names and when their true names and capacities are ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff believes each of these Defendants designated as a DOE or ROE is responsible in some manner for the injuries and damages suffered by Plaintiff.

## V.

On or about July 17, 2015 Plaintiff was at Cardenas Supermarket in Las Vegas, Nevada. Plaintiff was in the area under the control of the Defendant while grocery shopping. As she moved through Defendant's area, Plaintiff stepped on a liquid substance, slipped, and fell to the ground. There were no signs, or other objects, warning of the unsafe and dangerous condition. As a result of the fall, Plaintiff suffered bodily injury, pain and suffering.

## VI.

### First Cause of Action - Negligence

Defendant owed Plaintiff a duty to maintain its premises in a reasonably safe condition and to warn of dangerous conditions. By creating and/or permitting a dangerous condition to exist on its premises and failing to warn of such condition, Defendant breached that duty. As a proximate result of that breach, Plaintiff has suffered damages, which include but are not limited to bodily injury, past and future medical specials, past and future pain and suffering, and mental anguish.

///

///

///

**VII.**

Plaintiff has been required to retain the services of an attorney to prosecute this action.

**WHEREFORE**, Plaintiff, expressly reserving the right to amend this Complaint, prays for judgment against Defendant as follows:

1. General damages in excess of $10,000;
2. Special damages in excess of $10,000;
3. Attorney's fees and costs;
4. Interest at the statutory rate; and
5. For such other and further relief as the Court deems just and proper.

DATED this 7 day of June, 2016.

DE CASTROVERDE LAW GROUP

By: _____
Orlando De Castroverde
Nevada Bar No. 7320
Alex De Castroverde
Nevada Bar No. 6950
Kimberly Valentin
Nevada Bar No. 12509
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff

**IAFD**
Orlando De Castroverde
Nevada Bar No. 7320
Alex De Castroverde
Nevada Bar No. 6950
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Parkway
Las Vegas, Nevada 89104
tel. 702.383.0606
fax 702.383.8741
Attorney for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO,<br><br>    Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, INC. d/b/a CARDENAS; DOES I-V and ROES CORPORATIONS VI-X, inclusive.<br><br>    Defendants. | CASE NO.:<br>DEPT NO.:<br><br><br><br>**INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)** |

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above entitled action as indicated below:

FELICITAS ZAMBRANO                                                                         $270.00

**TOTAL REMITTED:**                                                                        <u>$270.00</u>

DATED this 10th day of June, 2016

By: _____
Orlando De Castroverde
Nevada Bar No. 7320
David Menocal
Nevada Bar No. 13191
1149 South Maryland Parkway
Las Vegas, Nevada 89104
702.383.0606
Attorney for Plaintiffs