Alex De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel. 702.383.0606
Fax 702.383.8741
Email: alex@decastrovedelaw.com
Email: orlando@decastrovedelaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO,<br><br>    Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, INC. d/b/a CARDENAS; DOES I-V and ROES CORPORATIONS VI-X, inclusive,<br><br>    Defendant. | CASE NO.: 2:16-cv-01659-GMN-NJK<br><br>**STIPULATION AND ORDER REGARDING THE RULE 35 EXAMINATION OF PLAINTIFF** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties of record, Orlando De Castroverde, Esq. of DE CASTROVERDE LAW GROUP, on behalf of Plaintiff FELICITAS ZAMBRANO; Michael P. Lowry, Esq. of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, on behalf of Defendant CARDENAS MARKETS, INC. d/b/a CARDENAS, to the following terms and conditions for the Rule 35 medical examination of FELICITAS ZAMBRANO  by Joseph J. Schifini, M.D.

   1.   No other person shall be present during the examination, other than the designated physician, members of the physician's staff, and an interpreter;

   2.   The examination shall be limited exclusively to those medical conditions of Plaintiff that are in controversy in this particular action;

   3.   Dr. Schifini shall not ask any questions regarding liability during the examination, but may ask questions regarding the mechanism of injury;

1      4.    No x-rays, CT scans or MRI's shall be performed on Plaintiff in the course of the examination;

    5.    No mental or psychological examinations of Plaintiff shall be allowed;

    6.    No photographs or videos shall be taken of Plaintiff in the course of the examination;

    7.    Any paperwork or forms that Defendant's designated physician expects Plaintiff to fill out and/or sign at the time of the Rule 35 medical examination, shall be submitted to Plaintiff's counsel for their review and approval a minimum of seventy-two (72) hours prior to the examination.

    8.    The examination will be limited to the date and time agreed to by counsel. No further contact will be made by the designated physician.

    9.    Plaintiff will not bring any medical records or films to the exam, as Defense counsel may provide these to the designated physician.

    10.    The designated physician shall be provided with a copy of these terms.

    11.    Within ten (10) days of receipt by Defense Counsel, or by the initial expert deadline, whichever is sooner, Defense Counsel shall provide Plaintiff's Counsel with a copy of all reports and writings generated by the examining physician and/or the physician's staff regarding this matter, including, but not limited to: A copy of a detailed written report setting forth history, examination, findings, all diagnoses, all prognoses, all conclusions of the examining physician, and all records reviewed.

    12.    Plaintiff shall not pay or incur any fee, unless she does not use her best efforts to appear at the office of the examining physician at the scheduled time; and

/ / /
/ / /
/ / /

13. The designated physician shall see Plaintiff within 15 (fifteen) minutes of the scheduled appointment.

DATED this 18th day of October, 2016.

**DE CASTROVERDE LAW GROUP**

By: /s/ Kimberly Valentin
Kimberly Valentin
Nevada Bar No. 12509
1149 S. Maryland Pkwy.
Las Vegas, Nevada 89104
Attorney for Plaintiff

DATED this 18th day of June, 2016.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: /s/ Michael Lowry
Michael P. Lowry
Nevada Bar No.
300 S. 4th St., 11th Floor
Las Vegas, NV 89101
Attorney for Defendant

## ORDER

**IT IS SO ORDERED** that no other person shall be present during the examination, other than the designated physician, members of the physician's staff, and an interpreter.

**IT IS SO ORDERED** that the examination shall be limited exclusively to those medical conditions of Plaintiff that are in controversy in this particular action.

**IT IS SO ORDERED** that Dr. Schifini shall not ask any questions regarding liability during the examination, but may ask questions regarding the mechanism of injury.

**IT IS SO ORDERED** that no x-rays, CT scans or MRI's shall be performed on Plaintiff in the course of the examination.

**IT IS SO ORDERED** that no mental or psychological examinations of the Plaintiff shall be allowed.

**IT IS SO ORDERED** that no photographs or videos shall be taken of Plaintiff in the course of the examination.

**IT IS SO ORDERED** that any paperwork or forms that Defendant's designated physician expects Plaintiff to fill out and/or sign at the time of the Rule 35 medical examination, shall be submitted to Plaintiff's counsel for their review and approval a minimum of seventy-two (72) hours prior to the examination.

**IT IS SO ORDERED** that the examination will be limited to the date and time agreed to by counsel. No further contact will be made by the designated physician.

**IT IS SO ORDERED** Plaintiff will not bring any medical records or films to the exam, as Defense counsel may provide these to the designated physician.

**IT IS SO ORDERED** that the designated physician shall be provided with a copy of these terms and conditions prior to the examination.

**IT IS SO ORDERED** that within ten (10) days of receipt by Defense Counsel, or by the initial expert deadline, whichever is sooner, Defense Counsel shall provide Plaintiff's Counsel with a copy of all reports and writings generated by the examining physician and/or the physician's staff regarding this matter, including, but not limited to: A copy of a detailed written report setting forth history, examination, findings, all diagnoses, all

prognoses, all conclusions of the examining physician, and all records reviewed.

**IT IS SO ORDERED** that Plaintiff shall not pay or incur any fee, unless she does not use her best efforts to appear at the office of the examining physician at the scheduled time.

**IT IS SO ORDERED** that the designated physician shall see Plaintiff within 15 (fifteen) minutes of the scheduled appointment.

Dated October 19 _____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**DE CASTROVERDE LAW GROUP**

By: /s/ Kimberly Valentin
Kimberly Valentin
Nevada Bar No. 12509
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff