# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO, | Case No. 2:16-cv-01659-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 17) |
| CARDENAS MARKETS, INC., | |
| Defendant(s). | |

Pending before the Court is a motion to extend the expert and rebuttal expert disclosure deadlines. Docket No. 17. As currently requested, the parties seek an expert disclosure deadline roughly two weeks before the close of discovery and a rebuttal expert deadline nearly two months after the close of discovery. *Compare* Docket No. 9 *with* Docket No. 17. Such a schedule does not make sense. Moreover, without explanation, the parties seek a 60-day period between the expert deadlines, rather than the presumptively reasonable 30-day period. *Compare* Docket No. 17 *with* Local Rule 26-1(b).[1]

Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Similarly, while the stipulation indicates it seeks a 45-day extension, it actually seeks a roughly 75-day extension with respect to the rebuttal expert deadline. *Compare* Docket No. 9 *with* Docket No. 17.