**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FELICITAS ZAMBRANO,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)　　Case No.: 2:16-cv-1659-GMN-NJK
　　vs.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　**ORDER**
CARDENAS MARKETS, INC.,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　)

　　　Pending before the Court is Plaintiff Felicitas Zambrano's ("Plaintiff's") Objection (ECF No. 21) to Magistrate Judge Nancy J. Koppe's Order (ECF No. 18) denying the parties' Stipulation to Extend Discovery ("Stipulation") (ECF No. 17).

　　　"A district judge may reconsider any pretrial matter referred to a magistrate judge in a civil . . . case . . . where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law." D. Nev. LR IB 3-1.  The Court may overturn the magistrate judge's decision if, upon review, the Court is left with a definite and firm conviction that a mistake has been made. *See David H. Tedder & Assocs. v. United States*, 77 F.3d 1166, 1169–70 (9th Cir. 1996).

　　　Here, Judge Koppe denied the parties' Stipulation because their requested schedule did "not make sense" and "without explanation, the parties seek a 60-day period between the expert deadlines, rather than the presumptively reasonable 30-day period." (Order 1:19–21, ECF No. 18).  Judge Koppe's denial of the Stipulation was without prejudice, thereby allowing the parties to file another stipulation.

In the instant Objection, Plaintiff asserts that Judge Koppe erred by "misinterpret[ing] the extension date time frames" and "prejudice[ing] Plaintiff's ability to give her liability expert the tools needed to prepare a thorough report." (Obj. 3:13–14, 5:18–19, ECF No. 21).

In their Stipulation, the parties proposed two new discovery deadlines: Expert Disclosures on December 27, 2016, and Rebuttal Expert Disclosures on February 23, 2017. (Stipulation 2:11–13, ECF No. 17).  However, Plaintiff's Objection discusses "add[ing] 45 days to the date of Discovery Closure: from January 9, 2017 to February 23, 2017." (Obj. 3:27–4:1). The close of discovery was not addressed in the Stipulation.  Further, Plaintiff's Objection states that "the parties agreed to add 30 days to the deadline for Rebuttal Expert Disclosures: from December 12, 2016 to January 26, 2017." (*Id.* 4:1–4).  This statement provides a different date than the parties' Stipulation provided. (*Compare* Obj. 4:1–4 *with* Stipulation 2:11–13).

Accordingly, the Court finds that Judge Koppe's Order was not clearly erroneous in denying the parties' Stipulation.[1]  The Court notes that Judge Koppe denied the Stipulation without prejudice; as such, the parties may file a new stipulation to extend discovery deadlines to include the dates that the parties originally intended.

**IT IS HEREBY ORDERED** that Plaintiff's Objection (ECF No. 21) is **OVERRULED**.

**DATED** this ___9___ day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] Indeed, it appears that Plaintiff is confused as to which dates were originally provided in the Stipulation.