# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELICITAS ZAMBRANO, | ) | Case No. 2:16-cv-01659-GMN-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 19) |
| CARDENAS MARKETS, INC., | ) | |
| Defendant(s). | ) | |

In light of the filing of an amended motion to compel or for leave to amend the complaint, Docket No. 20, the motion to compel  or for leave to amend the complaint filed at Docket No. 19 is **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge