MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Cardenas Markets, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETS, INC.; d/b/a CARDENAS; DOES I-V and ROES CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-1659<br><br>**Cardenas Markets, Inc's Motion to Change Settlement Conference Start Time** |

On September 26, 2017 the court scheduled a settlement conference in this matter to occur on November 9, 2017 beginning at 9:30 a.m.[1] Counsel for Cardenas who will be participating in this trial is also scheduled to appear in state court for a pre-trial calendar call at 9:30 a.m. for case A-15-721886-C. On September 28, Cardenas' counsel conferred with Plaintiff and proposed delaying the settlement conference start time to 11:00 a.m. Plaintiff indicated this revised start time was acceptable. Cardenas requests the court enter an order changing the start time from 9:30 a.m. to 11:00 a.m.

///
///
///
///
///

---

[1] ECF No. 52.

DATED this 28th day of September, 2017.

                WILSON ELSER MOSKOWITZ
                EDELMAN & DICKER LLP

                */s/ Michael P. Lowry*
                MICHAEL P. LOWRY, ESQ.
                Nevada Bar No. 10666
                E-mail: Michael.Lowry@wilsonelser.com
                300 South Fourth Street, 11th Floor
                Las Vegas, Nevada 89101-6014
                Tel: 702.727.1400/Fax: 702.727.1401
                Attorneys for Cardenas Markets, Inc.

IT IS SO ORDERED.
Dated:  September 29, 2017

_____
United States Magistrate Judge