**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FELICITAS ZAMBRANO,                     )
                                        )     Case No. 2:16-cv-01659-GMN-NJK
                    Plaintiff(s),       )
                                        )
v.                                      )     ORDER
                                        )
CARDENAS MARKETS, INC.,                 )
                                        )
                    Defendant(s).       )
_____)

This case has been referred to the undersigned to set a settlement conference. Docket No. 52. The Court issued an order establishing the requirements for that settlement conference and the settlement conference statement. *See id.* For example, the Court ordered that all counsel of record who will be participating in trial must attend or, to the extent an exception is sought for that personal attendance requirement, a motion so seeking was required to be filed by October 3, 2017. *Id.* at 1-2. As a corollary, the Court ordered that the settlement conference statements must include "[t]he names of the people who will attend the settlement conference." *Id.* at 2. Plaintiff's settlement conference statement does not include those names. The Court also ordered that the settlement conference statement must provide the initial settlement proposal that will be made at the settlement conference. *Id.* at 3. Plaintiff's settlement conference statement does not include that information.[1] Accordingly, Plaintiff shall submit an amended

_____

[1] The Court does not purport to identify herein all deficiencies in the settlement conference statement.

settlement conference statement that complies with all requirements established in Docket No. 52 by noon on November 6, 2017.

IT IS SO ORDERED.

DATED: November 3, 2017

_____
Nancy J. Koppe
United States Magistrate Judge