# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FELICITAS ZAMBRANO,

    Plaintiff(s),

v.

CARDENAS MARKETS, INC.,

    Defendant(s).

Case No. 2:16-cv-01659-GMN-NJK

ORDER

The Court has received a facsimile from Defendant's counsel seeking relief regarding the previously-concluded settlement conference. As an initial matter, all written motions must be filed on the docket and the Court attaches hereto a copy of the facsimile received. As to the substance of the motion, the Court will **GRANT** it and **REOPEN** the mediator's compromise previously proposed until 4:00 p.m. on December 5, 2018. Given the confidential nature of the responses thereto, counsel shall fax chambers whether they accept or decline that compromise.

IT IS SO ORDERED.

DATED: November 28, 2017

                                           Nancy J. Koppe
                                           United States Magistrate Judge

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

## FACSIMILE

300 South 4th Street, 11th Floor  
Las Vegas, NV 89101-6014

Telephone #: 702.727.1238  
Facsimile #: 702.727.1401

The following facsimile has 1 page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise: Naomi 702.727.1369

Date: November 27, 2017

To: Magistrate Judge Koppe

Fax: 702-464-5551

From: Michael Lowry, Esq.

Re: Zambrano v Cardenas / 2:16-cv-01659-GMN-NJK

Dear Magistrate Judge Koppe:

On November 9, 2017 you convened a settlement conference in this matter. The conference concluded with a mediator's proposal that would expire on November 16, 2017 at 4:00 p.m. ECF No. 58. By the November 17 deadline, the parties had not agreed to the mediator's proposed compromise. ECF No. 59. My client would like to propose re-opening the mediator's proposal and setting an expiration date of December 5, 2018 at 4:00 p.m. If this is acceptable, a minute order to that effect would be preferred.

cc: Dennis M. Prince, Esq. via fax --702.450.5451

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

1230191v.1