# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO, | ) |
|                 Plaintiff(s), | ) Case No. 2:16-cv-01659-GMN-NJK |
| v. | ) ORDER |
| CARDENAS MARKETS, INC., | ) |
|                 Defendant(s). | ) |

The Court held a settlement conference in this case, at which the undersigned made a mediator's compromise. The parties have now both indicated that they have accepted that compromise. Accordingly, the Court **SETS** a telephonic hearing at which the terms of the settlement will be placed on the record. That hearing will be held at 3:30 p.m. on December 6, 2017. Counsel, Plaintiff, and a corporate representative for Defendant shall attend by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: December 5, 2017

_____
Nancy J. Koppe
United States Magistrate Judge