MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Cardenas Markets, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FELICITAS ZAMBRANO, | Case No.: 2:16-cv-1659 |
| Plaintiff, | **Stipulation and Order to Dismiss with Prejudice** |
| vs. | |
| CARDENAS MARKETS, INC.; d/b/a CARDENAS; DOES I-V and ROES CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

The parties stipulate to dismiss this matter with prejudice, each to bear their own fees and costs. No trial date has been scheduled.

IT IS SO ORDERED.

Dated this 21 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

| EGLET PRINCE | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| */s/ Dennis M. Prince* | */s/ Michael P. Lowry* |
| Dennis M. Prince, Esq.<br>Nevada Bar No. 5092<br>400 S. 7th St., Suite 400<br>Las Vegas, NV 89101<br>Attorneys for Felicitas Zambrano | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Attorneys for Cardenas Markets, Inc. |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on December 20, 2017, I served **Stipulation and Order to Dismiss with Prejudice** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.

BY: */s/ Michael P. Lowry*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP